United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HALEY DARIA,

           Plaintiff,

     v.

SAPIENT CORP, et al.,

           Defendants.

Case No. 21-cv-02712-TSH

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Alsup for consideration of whether the case is related to *Daria v. Sapient, Inc.*, 17-cv-05453-WHA.

     **IT IS SO ORDERED.**

Dated: April 16, 2021

THOMAS S. HIXSON
United States Magistrate Judge